CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2012 MAR 19  PM 5: 15

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

ORLANDO AMES III,                        §
                                         §
        Plaintiff,                       §
                                         §
v.                                       §          2:10-CV-0244
                                         §
MICHAEL J. ASTRUE, Commissioner,         §
Social Security Administration,          §
                                         §
        Defendant.                       §

## ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING THE DECISION OF THE COMMISSIONER, and REMANDING FOR FURTHER ADMINISTRATIVE ACTION

Came for consideration plaintiff's appeal of the decision of the Commissioner of the

Social Security Administration denying plaintiff disability benefits. On March 13, 2012, the

United States Magistrate Judge entered a Report and Recommendation, recommending therein

that the decision of the Commissioner be reversed and the case remanded to the Commissioner

for further administrative action. Both plaintiff and defendant have given notice that they do not

object to the decision made in the Report and Recommendation.

The undersigned United States District Judge has made an independent examination of

the record in this case. The Report and Recommendation of the United States Magistrate Judge

is hereby ADOPTED. Accordingly, the Commissioner's administrative decision finding plaintiff

not disabled is REVERSED, and the decision is REMANDED to the Commissioner for further

administrative proceedings consistent with the Report and Recommendation of the Magistrate

Judge, including but not limited to all action specified and recommended to be taken on remand.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2012.


_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE